Ad Astra Recovery
8918 W 21st St N
Suite 200 Mailbox 303
Wichita, KS 67205

City of Chicago
Department of Revenue
PO Box 88292
Chicago, IL 60680

CNAC
2345 Jefferson St.
Joliet, IL 60435

Corporate America Fcu
Attn: Collections Dept
2075 Big Timber Rd
Elgin, IL 60123

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256

Harris
Harris & Harris, Ltd.
111 W Jackson Blvd 400
Chicago, IL 60604

Illinois Tollway Authority
2700 Ogden Ave
Downers Grove, IL 60515

Sec Check
2653 West Oxford Loop
Suite 108
Oxford, MS 38655

Stellar Recovery Inc
1327 Hwy 2 W
Suite 100
Kalispell, MT 59901

Titlemax
315 Roosevelt Road
Glen Ellyn, IL 60137

```
Us Dept of Ed/Great Lakes Educational Lo
2401 International
Madison, WI 53704
```